United States District Court
District of Maine

Scott Dorn, Plaintiff
v.
Maine Department of Corrections officials, Defendants

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
DEC 29 2025
ERIC M. STORMS, CLERK
BY_____
DEPUTY CLERK

Complaint

I. Parties
Plaintiff is an incarcerated person in the custody of the Maine Department of Corrections. Defendants include the Commisioner of MDOC, the Warden of the facility where Plaintiff is housed, and any staff involved in denying Plaintiff's religious diet.

II. Facts
1) Plaintiff has followed a kosher diet for his entire life as part of his sincerely held religious beliefs.
2) Since entering MDOC custody, Plaintiff has been denied Kosher meals on a daily basis.
3) Plaintiff submitted a grievance regarding the denial of Kosher meals.
4) The grievance was dismissed as "Untimely", despite the violation being ongoing.
5) Plaintiff submitted a grievance challenging dismissal.
6) That grievance was also denied, the Plaintiff was informed he could not appeal.
7) Plaintiff became aware of the dismissal on December 16, 2025.
8) By refusing to process Plaintiff's grievances or allow appeals, MDOC made the grievance process unavailable.

III. Jurisdiction
This action arises under 42 U.S.C. §1983 and the Religious Land Use and Institutionalized Persons Act (RLUIPA), 42 U.S.C. §2000cc-1. Jurisdiction is proper under 28 U.S.C. §1331.

IV. Claims
Count 1 - RLUIPA
The denial of kosher meals substantially burdens Plaintiff's religious exercise without a compelling governmental interest.
Count 2 - First Amendment (Free Exercise)
Defendants' actions substantially burden Plaintiff's ability to practice his religion.
Count 3 - Fourteenth Amendment (Equal Protection)
Plaintiff is treated differently from others whose religious diets are accommodated.

V. Exhaustion
Plaintiff attempted to use the grievance system. MDOC dismissed grievances and refused to allow appeals, making the process unavailable. Plaintiff has therefore

I, Scott C. Dorn, Declare:

1) Since entering MDOC custody, I have repeatedly requested Kosher meals.
2) I have been denied Kosher meals every day.
3) This denial forces me to violate a lifelong religious practice and causes me emotional and spiritual harm.
4) I filed a grievance about the denial.
5) MDOC dismissed it as "untimely", even though the violation is ongoing.
6) I filed a grievance challenging the dismissal.
7) That grievance was denied, and I was told I could not appeal.
8) Because MDOC refuses to process my grievances or allow appeals, the grievance system is not available to me.

I declare under penalty of perjury that the above is true and correct.

Scott C. Dorn    12-16-2025
Scott C. Dorn